## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON, | - | |
| | - | |
| Plaintiff, | - | |
| | - | PLAINTIFF'S VERIFIED |
| v. | - | COMPLAINT AND |
| | - | DEMAND FOR JURY |
| FREDERICK J. HANNA & ASSOCIATES, P.C. | - | TRIAL |
| | - | |
| Defendant. | - | |

DAVID JOHNSON ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against FREDERICK J. HANNA & ASSOCIATES, P.C., ("Defendant"):

### INTRODUCTION

1.      Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4.      Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

5.      Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

## PARTIES

6.      Plaintiff is a natural person residing in the Newville, Cumberland County, Pennsylvania.

7.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.      Defendant is a national company located in Marietta, Cobb County, Georgia.

10.     Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11.     Defendant placed a collection call to Plaintiff at 9:32 p.m. plaintiff's local time.

12.     Defendant placed collection calls to Plaintiff at telephone number 765-969-3030 from telephone number 314-801-0020.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

13.     Defendant violated the FDCPA based on the following:

WHEREFORE, Plaintiff, DAVID JOHNSON, respectfully requests judgment be entered against Defendant, FREDERICK J. HANNA & ASSOCIATES, P.C., for the following:

a) Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient to the consumer, before 8:00 a.m. or after 9:00 p.m.

b) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person.

14.     Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

15.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

16.     Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  August 20, 2010

By:   /s/ Alex Simanovsky                              _
        Alex Simanovsky, Esq.
        Attorney for Plaintiff
        Alex Simanovsky & Associates, LLC
        2300 Henderson Mill Road, Suite 300
        Atlanta, Georgia 30345

        Of Counsel
        Krohn & Moss, Ltd.
        10474 Santa Monica Blvd., Suite 401
        Los Angeles, CA 90025

**<u>DEMAND FOR JURY TRIAL</u>**

PLEASE TAKE NOTICE that Plaintiff, DAVID JOHNSON, demands a jury trial in this case.

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF PENNSYLVANIA)

Plaintiff, DAVID JOHNSON, states the following:

1.  I am the Plaintiff in this civil proceeding.

2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DAVID JOHNSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

8-3-2010
_____
Date

_____
DAVID JOHNSON